IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 99-322-JO |
| | ) | (Civil No. 04-1073-JO) |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| WARNER YUNG KNICKREHM, | ) | |
| | ) | |
| Defendant. | ) | |

JONES, Judge:

  Defendant-Petitioner Knickrehm alleges that the court was without jurisdiction to impose his sentence and moves (#  ) to vacate or set aside his sentence under 28 U.S.C. § 2255. Petitioner previously filed a Section 2255 motion that was denied on the merits on August 30, 2004. See Order, 8/30/04 (CR 99-322-JO, Docket # 40; CV 04-1073, Docket # 2).

  "A second or successive motion must be certified as provided in section 2244 [28 U.S.C. § 2244] by a panel of the appropriate court of appeals." 22 U.S.C. § 2255. Petitioner has not received the required certification for his second Section 2255 motion.

Accordingly, I DENY petitioner's motion ( # ) for a lack of jurisdiction.

DATED this 10th day of June, 2005.

    /s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge